UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS DOMINIQUE MOORE, | No. 2:19-cv-1131 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 19, 2019, petitioner provided a signed application to proceed in forma pauperis, and was granted leave to proceed in forma pauperis on December 3, 2019. Accordingly, the September 10, 2019 findings and recommendations are vacated.

In accordance with the above, IT IS HEREBY ORDERED that the September 10, 2019 findings and recommendations (ECF No. 7) are vacated.

Dated: December 11, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/moor1131.vac