UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS DOMINIQUE MOORE,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>Respondent. | No.  2:19-cv-1131 MCE KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 27, 2020, respondent filed a motion to dismiss this action because it was filed beyond the one-year statute of limitations.  28 U.S.C. § 2244(d).  Petitioner did not oppose the motion.  On March 5, 2020, petitioner was ordered to show cause why his failure to oppose respondent's motion to dismiss should not be deemed a waiver of his opposition, and to file an opposition to the motion.

On April 6, 2020, petitioner filed a document styled, "Objections to Magistrate Judge's Findings and Recommendations."  (ECF No. 20.)  But no findings and recommendations are pending in this action.  Moreover, petitioner fails to address respondent's motion to dismiss; specifically, he offers no arguments concerning the timeliness of his filing or whether he is entitled to tolling of the statute of limitations.  Rather, it appears petitioner solely argues the merits of his underlying petition. (ECF No. 20.)

In an abundance of caution, petitioner is granted thirty days in which to file an opposition to respondent's motion to dismiss. Petitioner is cautioned that if he fails to file an opposition, such failure will be deemed a waiver of any opposition to the granting of the motion as set forth in the March 5, 2020 order to show cause.

Accordingly, IT IS HEREBY ORDERED that, within thirty days from the date of this order, petitioner shall file an opposition to respondent's motion to dismiss (ECF No. 17). Failure to oppose respondent's motion to dismiss will be deemed a waiver of any opposition to the granting of the motion, and will result in a recommendation that the petition be dismissed.

Dated: April 16, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/moor1131.eot